UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN KEVRANIAN** and **TAMMY ZAPATA**, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**YAHOO! Inc.**, a California Corporation,<br><br>Defendant. | CASE NO.: 5:13-cv-04547-LHK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE |

1  The Court has considered the stipulation to dismiss submitted by the parties.

2  WHEREAS the parties had an in-person meeting to go over the issues in this case and

3  Plaintiffs no longer believe this is a case they would like to pursue based on the representations

4  by Defendant and further consideration and research based on these representations;

5  WHEREAS the parties believe it is in the best interest of the time and resources of the

6  parties, along with judicial time and resources, to dismiss the instance case, without prejudice;

7  IT IS HEREBY ORDERED that the Stipulation to Dismiss Case is GRANTED.

9  IT IS SO ORDERED.

10 Dated: 1/9/2014

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE